OAO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and complaint was made by me[(1)]  DATE  08/24/07 1:43PM
SEE ATTACHED LIST

NAME OF SERVER *(PRINT)* KENNETH L. FOSTER, CONTRA COSTA/#591    TITLE  REGISTERED CALIFORNIA PROCESS SERVER

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: BY SERVING COUNTY OF CONTRA COSTA BY LEAVING WITH EMY L. SHARP, DEPUTY CLERK, AUTHORIZED TO ACCEPT, AT 651 PINE STREET, RM 106, MARTINEZ, CA 94553

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

TRAVEL      SERVICES  $55.00      TOTAL  $55.00

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Date 09/04/07   Signature of Server  *[signature]*

Address of Server  ONE HOUR LEGAL
1280 BOULEVARD WAY, #205
WALNUT CREEK, CA 94595
925-947-3470

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SUMMONS IN A CIVIL CASE AND COMPLAINT; , ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, ORDER REQUIRING JOINT CASE MANAGEMENT STATEMENT AND APPEARANCE AT CASE MANAGEMENT CONFERENCE, NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION, BLANK NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS, BLANK WAIVER OF SERVICE OF SUMMONS, ECF REGISTRATION INFORMATION HANDOUT, PUBLIC NOTICE, GUIDELINES,