OAO 440 (Rev. 8/01) Summons in a Civil Action   **Magnussen v. County of Contra Costa**   C07-4307 EDL

# RETURN OF SERVICE

Service of the Summons and complaint was made by me[(1)] SEE ATTACHED LIST   DATE   08/30/07 2:07PM

NAME OF SERVER *(PRINT)* KENNETH L. FOSTER, CONTRA COSTA/#591   TITLE   REGISTERED CALIFORNIA PROCESS SERVER

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served:

BY SERVING DEPUTY SHERIFF JUSTIN CHURCH, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A DEPUTY SHERIFF FOR THE COUNTY OF CONTRA COSTA, BY LEAVING WITH SARAH GREEN, CLERK, AUTHORIZED TO ACCEPT AT 651 PINE STREET, 7TH FL, MARTINEZ, CA 94553

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

TRAVEL            SERVICES  $55.00                                 TOTAL  $55.00

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on

Date  09/07/07      Signature of Server  *[signature]*

Address of Server   ONE HOUR LEGAL
1280 BOULEVARD WAY, #205
WALNUT CREEK, CA 94595
925-947-3470

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SUMMONS IN A CIVIL CASE AND COMPLAINT; , NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL, BLANK CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, BLANK DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE, ECF REGISTRATION INFORMATION HANDOUT, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER, STANDING ORDER RE CASE MANAGEMENT CONFERENCE, STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA