# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JAN MAGNUSSEN

                Plaintiff(s),

      v.

CONTRA COSTA COUNTY, et al.,

               Defendant(s).

_____/

Case No.  C 07 4307 EDL

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/29/07

                               *Contra Costa County, et al.*
                               [Party]

Dated: 10/29/07

                               [Counsel]

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."