SILVANO B. MARCHESI (SBN 42965)
County Counsel
JANET L. HOLMES (SBN 107639)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
Electronic mail: jholm@cc.cccounty.us

Attorneys for Defendants
COUNTY OF CONTRA COSTA;
DEPUTY SHERIFF JUSTIN CHURCH;
SHERIFF WARREN RUPF

ANDREW C. SCHWARTZ (SBN 64578)
CASPER, MEADOWS, SCHWARTZ & COOK
A Professional Corporation
2121 N. California Boulevard, Suite 1020
Walnut Creek, CA 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131
Electronic mail: schwartz@cmsclaw.com

Attorneys for Plaintiff
JAN MAGNUSSEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN MAGNUSSEN,<br><br>    Plaintiff<br><br>v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>    Defendants. | No. C 07 4307 EDL<br><br>JOINT CASE MANAGEMENT STATEMENT<br><br>[Civil Local Rule 16-9] |

JOINT CASE MANAGEMENT STATEMENT - 1

The parties to the above-entitled action jointly submit this Joint Case Management Statement pursuant to Civil Local Rule 16-9.

1. <u>Jurisdiction and Service</u>: Basis for jurisdiction is federal question, based on plaintiff's claim under 42 U.S.C. 1983. Justin Church has not been served, but defense counsel has authority to appear for him.

2. <u>Facts</u>: Plaintiff claims he was subjected to unreasonable force by Deputy Church, and was improperly accused of obstruction of justice and then resisting arrest after Deputy Church attempted to arrest him. Plaintiff asserts a *Monell* claim based on the County's policies. Defendants deny plaintiff's claims.

3. <u>Legal issues</u>: Primary legal issues are excessive force and qualified immunity.

4. <u>Motions</u>: Defendants anticipate bringing a motion for summary judgment.

5. <u>Amendment of Pleadings</u>: None anticipated.

6. <u>Evidence Preservation</u>: Evidence has been preserved by the parties.

7. <u>Disclosures</u>: The parties are in the process of completing Initial Disclosures, which will not be voluminous.

8. <u>Discovery</u>: Plaintiff has served, and defendants have responded to, an initial request for production of documents.

9. <u>Class Actions</u>: Not applicable.

10. <u>Related Cases</u>: None.

11. <u>Relief</u>: Plaintiff seeks money damages and attorney fees pursuant to law.

12. <u>Settlement and ADR</u>: The parties have stipulated to mediation through the court's ADR program.

13. <u>Consent to Magistrate Judge For All Purposes</u>: The parties will stipulate to consent to a magistrate judge for all purposes.

14. <u>Other References</u>: None appropriate at this time.

15. <u>Narrowing of Issues</u>: None appears appropriate at this time.

16. <u>Expedited Schedule</u>: None appears appropriate at this time.

17. <u>Scheduling</u>: The parties request a trial date in October 2008, with non-expert discovery cut-off in June

JOINT CASE MANAGEMENT STATEMENT - 3

2008, dispositive motion filing deadline August 2008, expert disclosure deadline July 2008, expert discovery deadline August 2008.

18.  <u>Trial</u>:  Jury trial requested by plaintiff and defendants.  Trial anticipated to consume four court days.

19.  <u>Disclosure of Non-party Interested Entities or Persons</u>:  None required.

20.  <u>Other</u>:  Nothing anticipated at this time.

DATED:  November 6, 2007      SILVANO B. MARCHESI
                              COUNTY COUNSEL


                              By: _____
                                  JANET L. HOLMES
                                  Deputy County Counsel
                                  Attorneys for Defendants
                                  CONTRA COSTA COUNTY and
                                  WARREN RUPF


DATED:  November 6, 2007      CASPER, MEADOWS, SCHWARTZ & COOK


                              By: _____
                                  ANDREW C. SCWHARTZ
                                  Attorneys for plaintiff
                                  JAN MAGNUSSEN

JOINT CASE MANAGEMENT STATEMENT - 4