In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date: November 27, 2007

Case No: **C- 07-04307 EDL**

Case Name: **JAN MAGNUSSEN v. CONTRA COSTA COUNTY**

Attorneys:   Pltf: Andrew Schwartz     Deft: Janet Holmes

Deputy Clerk: Lili M. Harrell     FTR digital recording: 10:20am - 10:31am

**PROCEEDINGS:**                                    **RULING:**

1. Initial Case Management Conference               Held

2.

**ORDERED AFTER HEARING:** Parties previously stipulated to mediation.

**Order to be prepared by:** [] Plntf  [] Deft  [X] Court

**Case continued to:** 4/29/08 for Further Case Management Conference.

**PRETRIAL SCHEDULE:**

Last day to add new parties: 2/29/08
Discovery cutoff: 6/30/08
Initial expert disclosure deadline: 7/21/08
Rebuttal expert disclosure deadline: 8/4/08
Expert discovery cutoff: 8/18/08
Dispositive Motion filing deadline: 8/5/08
Dispositive Motions hearing date: 9/9/08
Pretrial Conference: 10/28/08
Trial: 11/17/08 at 8:30 a.m., set for 4 days.
        [X] Jury  [ ] Court

Notes:
cc: