FILED
NOV 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN MAGNUSSEN | No. C07-04307 EDL |
| Plaintiff, | |
| v. | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| COUNTY OF CONTRA COSTA, et al | |
| Defendants. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: 11/26/07

_____
Signature

Counsel for Defendant
(Name or party or indicate "pro se")

1