SILVANO B. MARCHESI (SBN 42965)
County Counsel
JANET L. HOLMES (SBN 107639)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone:  (925) 335-1800
Facsimile:   (925) 335-1866
email: jholm@cc.cccounty.us

Attorneys for Defendants
COUNTY OF CONTRA COSTA;
SHERIFF WARREN RUPF;
DEPUTY SHERIFF JUSTIN CHURCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN MAGNUSSEN,<br><br>           Plaintiff<br><br>v.<br><br>COUNTY OF CONTRA COSTA;<br>DEPUTY SHERIFF JUSTIN CHURCH,<br>INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY AS A DEPUTY<br>SHERIFF FOR THE COUNTY OF<br>CONTRA COSTA; WARREN RUPF,<br>INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY AS SHERIFF<br>FOR THE COUNTY OF CONTRA<br>COSTA; AND DOES ONE THROUGH<br>100,<br><br>           Defendants. | No.  C 07 4307 EDL<br><br>ANSWER  TO COMPLAINT AND<br>DEMAND FOR JURY TRIAL BY DEPUTY<br>SHERIFF JUSTIN CHURCH |

        Defendant Deputy Sheriff Justin Church (hereinafter "Defendant" or "Church"), in

response to plaintiff's unverified complaint, admits, denies and alleges as follows:

ANSWER

1.     Responding to the first numbered paragraph of plaintiff's complaint, Defendant admits, based on the allegations of the complaint, that jurisdiction and venue are proper in this court.

2.     Responding to the second numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

3.     Responding to the third numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

4.     Responding to the fourth numbered paragraph of plaintiff's complaint, Defendant admits the allegations.

5.     Responding to the fifth numbered paragraph of plaintiff's complaint, Defendant admits the allegations of the first sentence and denies the allegations of the second sentence based on lack of information and belief.

6.     Responding to the sixth numbered paragraph of plaintiff's complaint, Defendant admits the allegations of the first sentence and denies the allegations fo the second sentence based on lack of information and belief.

7.     Responding to the seventh numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

8.     Responding to the eighth numbered paragraph of plaintiff's complaint, Defendant denies the allegations of the first and second sentence, based on lack of information and belief.  Defendant denies the allegations of the third and fourth sentence.  Defendant denies the allegations of the fifth sentence.

9.     Responding to the ninth numbered paragraph of plaintiff's complaint, Defendant denies the allegations.

10.    Responding to the tenth numbered paragraph of plaintiff's complaint, Defendant admits the allegations of the first sentence and denies the remaining allegations.

11.    Responding to the eleventh numbered paragraph of plaintiff's complaint, Defendant admits the allegations of the first sentence and denies the remaining allegations, based

on lack of information and belief.

12. Responding to the twelfth numbered paragraph of plaintiff's complaint, Defendant denies the allegations.

13. Responding to the thirteenth numbered paragraph of plaintiff's complaint, Defendant denies the allegations.

14. Responding to fourteenth numbered paragraph of plaintiff's complaint, Defendant denies the allegations.

15. Responding to the fifteenth numbered paragraph of plaintiff's complaint, Defendant denies the allegations.

16. Responding to the sixteenth numbered paragraph of plaintiff's complaint, Defendant denies the allegations.

17. Responding to the seventeenth numbered paragraph of plaintiff's complaint, Defendant denies the allegations.

18. Responding to the eighteenth numbered paragraph of plaintiff's complaint, Defendant denies the allegations.

19. Responding to the nineteenth numbered paragraph of plaintiff's complaint, Defendant denies the allegations.

### AFFIRMATIVE DEFENSES

20. AS A FIRST SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendant alleges that the allegations fail to state any claims upon which relief can be granted.

21. AS A SECOND SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendant alleges that the Church cannot be found liable by virtue of the doctrine of qualified immunity.

22. AS A THIRD SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendant alleges that plaintiff's claims are barred by the doctrines of waiver, estoppel and laches.

23.     AS A FOURTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendant alleges that at all times herein mentioned, all actions taken by Church were reasonable under the circumstances and taken under a good faith belief that the actions were not unlawful and Church is therefore immune under the Good Faith Immunity Doctrine.

24.     AS A FIFTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendant alleges that at all times herein mentioned Defendant County and its employees are privileged and immune for the exercise of reasonable actions to effect a lawful detention and/or arrest based on probable cause and attempted service of a valid temporary restraining order.

25.     AS A SIXTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendant alleges that Defendant is immune from liability, and cannot be held liable for any injury that may have been sustained by plaintiff, which injury Defendant specifically denies, and that Defendant was at all relevant times performing duties in an objectively reasonable manner, within lawful responsibilities, and is therefore immune from suit.

26.     AS A SEVENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendant alleges that each claim and cause of action is barred by the failure of plaintiff to exhaust administrative remedies.

27.     AS A EIGHTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendant alleges that in the event that the trier of fact finds any liability on the part of this answering Defendant, which liability is herein denied, this answering Defendant will seek the benefit of several liability for non-economic damages as provided in Civil Code sections 1431 through and including 1431.5.

28.     AS A NINTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, public employee

1    defendant Church alleges the allegations of the complaint are insufficient to state or

2    support a claim for punitive damages.

3    29.    AS A TENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said

4    Complaint, and each and every cause of action set forth therein, Defendant alleges

5    that as to any state law claims, each cause of action is barred under the provisions of

6    Government Code section 910, et seq., and Code of Civil Procedure section 313 for

7    failure to comply with requirements of filing a timely and sufficient tort claim and

8    failure to set forth in any tort claim filed the facts and theories that are set forth in the

9    pending Complaint.

10    30.    AS AN ELEVENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to

11    said Complaint, and each and every cause of action set forth therein, Defendant

12    alleges that the negligence of others, if any, was greater than the negligence of

13    Defendant, if in fact Defendant was negligent, and the liability, if any, of said

14    answering Defendant should be diminished in direct proportion to the fault, if any,

15    attributable to others as compared with that of said answering Defendant.

16    31.    AS A TWELFTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said

17    Complaint, and each and every cause of action set forth therein, the Church alleges

18    that it is immune pursuant to Government Code section 820.

19    32.    AS A THIRTEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to

20    said Complaint, and each and every cause of action set forth therein, Defendant

21    alleges that he is immune pursuant to Government Code sections 820.2 for exercise of

22    discretion.

23    33.    AS A FOURTEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to

24    said Complaint, and each and every cause of action set forth therein, Defendant

25    alleges that he is immune pursuant to Government Code sections 820.4 for the

26    execution or enforcement of any law.

27    34.    AS A FIFTEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to

28    said Complaint, and each and every cause of action set forth therein, Defendant

1    alleges that he is not liable to the plaintiff pursuant to Government Code sections

2    820.6 .

3    35.    AS A SIXTEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to

4          said Complaint, and each and every cause of action set forth therein, Defendant

5          alleges that any and all culpable acts, omissions, or conduct, if any, which allegedly

6          caused the injuries and damages sought in the Complaint on file in this action, were

7          caused by third parties and therefore answering Defendant is not liable to the plaintiff

8          pursuant to Government Code sections 820.8.

9    36.    AS A SEVENTEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE

10         to said Complaint, and each and every cause of action set forth therein, Defendant

11         alleges that he is not liable to the plaintiff pursuant to Government Code section 821.

12   37.    AS A EIGHTEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to

13         said Complaint, and each and every cause of action set forth therein, Defendant

14         alleges that he is not liable to the plaintiff pursuant to Government Code sections

15         821.6.

16   38.    AS A NINETEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to

17         said Complaint, and each and every cause of action set forth therein, Defendant

18         alleges that he is not liable to the plaintiff for execution of judicial or quasi-judicial

19         acts.

20   39.    AS A TWENTIETH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to

21         said Complaint, and each and every cause of action set forth therein, Defendant

22         alleges that he is not liable for injuries caused by any misrepresentations to the

23         plaintiff pursuant to Government Code section 822.2 of the California Government

24         Code.

25   40.    AS A TWENTY-FIRST SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE

26         to said Complaint, and each and every cause of action set forth therein, Defendant

27         alleges that the County and its employees are privileged and immune for their acts

28         taken pursuant to the provisions of the California Penal Code, and other pertinent

1    California codes pertaining to law enforcement.

2    41.    AS A TWENTY-SECOND SEPARATE AND DISTINCT AFFIRMATIVE
3            DEFENSE to said Complaint, and each and every cause of action set forth therein,
4            Defendant alleges that he is immune pursuant to Civil Code section 47(a) .

5    42.    AS A TWENTY-THIRD SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE
6            to said Complaint, and each and every cause of action set forth therein, Defendant
7            alleges that the County and its employees are immune from liability pursuant to the
8            provisions of sections 810 through 895.8 of the California Government Code.

9    43.    AS A TWENTY-FOURTH SEPARATE AND DISTINCT AFFIRMATIVE
10           DEFENSE to said Complaint, and each and every cause of action set forth therein,
11           Defendant alleges that plaintiff's action is barred by the provisions of Code of Civil
12           Procedure sections 340(3), 342, and every other limitations period applicable to each
13           and every cause of action alleged in the complaint.

14   44.    AS A TWENTY-FIFTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE
15           to said Complaint, and each and every cause of action set forth therein, Defendant
16           alleges that any and all of the acts or omissions alleged against him in the complaint
17           are the acts and omissions of agencies and officers of the State of California acting in
18           their official capacities, and that Defendant is therefore immune from suit under the
19           11th Amendment to the United States Constitution.

20   45.    AS A TWENTY-SIXTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE
21           to said Complaint, and each and every cause of action set forth therein Church alleges
22           that, in conducting the activities giving rise to plaintiff's Complaint, he acted without
23           malice and oppression, and without intent to harm plaintiff and without conscious
24           disregard for plaintiff's rights or safety, and therefore punitive damages can not be
25           awarded against any of Defendants.

26

27           WHEREFORE, Defendants pray for the following relief:
28           a.    That plaintiff take nothing by his Complaint and that Defendant be dismissed;

1      b.      That Defendant be awarded costs;

2      c.      That Defendant be awarded attorneys fees; and

3      d.      For such other relief that the court deems just and proper.

4

5                               JURY REQUEST

6          Defendant requests a trial by jury.

7

8

9      DATED:  December 4, 2007                    SILVANO B. MARCHESI
                                                   COUNTY COUNSEL
10

11

12                                                         /S/

13                                        By:_____
                                                   JANET L. HOLMES
14                                                 Deputy County Counsel
                                                   Attorneys for Defendants
15                                                 COUNTY OF CONTRA COSTA,
                                                   SHERIFF WARREN RUPF AND
16                                                 DEPUTY SHERIFF JUSTIN
                                                   CHURCH
17

18

19

20

21

22

23

24

25

26

27

28

---