# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Magnussen,<br><br>             Plaintiff(s),<br><br>     v.<br><br>County of Contra Costa,<br><br>             Defendant(s). | 07-04307 EDL MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Todd A. Boley**
> Erickson, Beasley & Hewitt, LLP
> 483 Ninth St
> Ste 200
> Oakland, CA 94607
> (510) 839-3448

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-04307 EDL MED                          - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: December 12, 2007

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-04307 EDL MED                  - 2 -