SILVANO B. MARCHESI (SBN 42965)
County Counsel
JANET L. HOLMES (SBN 107639)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
email: jholm@cc.cccounty.us

Attorneys for Defendants
COUNTY OF CONTRA COSTA;
DEPUTY SHERIFF JUSTIN CHURCH;
SHERIFF WARREN RUPF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN MAGNUSSEN,<br><br>　　　　Plaintiff<br><br>v.<br><br>COUNTY OF CONTRA COSTA, et al,<br><br>　　　　Defendants. | No. C 07 4307 EDL<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE |

IT IS HEREBY STIPULATED, BY AND THROUGH COUNSEL FOR ALL PARTIES:

Whereas the above-referenced case was referred to mediation by court order filed November 9, 2007, and

The presumptive 90-day deadline for mediation expires February 6, 2008, and

The mediator was appointed December 12, 2007, and

On November 30, 2007, the court set trial of this matter for November 17, 2008, and

Defendant Justin Church first appeared in the case by answer filed December 4, 2007, and

Counsel for all parties agree that certain discovery still needs to be completed before a meaningful mediation can take place, and

1    Whereas the assigned mediator and counsel for all parties have agreed that mediation
2  with all significant parties present can take place on April 2, 2008, and
3    Whereas further case management conference has already been set for April 29, 2008,
4  at 10:00 a.m.,
5    COUNSEL FOR ALL PARTIES HEREBY AGREE AND REQUEST that the court
6  extend the deadline for completion of mediation from February 6, 2008 until April 4, 2008.
7    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

9  DATED: January 25, 2008          CASPER, MEADOWS, SCHWARTZ & COOK

11                                  By: _____
12                                  ANDREW SCHWARTZ
                                    Attorneys for Plaintiff
                                    JAN MAGNUSSEN

14  DATED: January 25, 2008         SILVANO B. MARCHESI
                                    COUNTY COUNSEL

17                                  By: _____
                                    JANET L. HOLMES
                                    Deputy County Counsel
18                                  Attorneys for Defendants
                                    COUNTY OF CONTRA COSTA,
19                                  DEPUTY JUSTIN CHURCH and
                                    SHERIFF WARREN RUPF

21                                  ORDER
22    Pursuant to the foregoing Stipulation of the parties, and good cause appearing therefore,
23  IT IS HEREBY ORDERED THAT THE DEADLINE FOR COMPLETION OF MEDIATION
24  IS EXTENDED TO APRIL 4, 2008.

26  DATED: _____, 2008    _____
                                    ELIZABETH LAPORTE
27                                  UNITED STATES DISTRICT COURT JUDGE

---

STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE
C 07 3407 EDL                                                                   2