```
1  SILVANO B. MARCHESI (SBN 42965)
   County Counsel
2  JANET L. HOLMES (SBN 107639)
   Deputy County Counsel
3  COUNTY OF CONTRA COSTA
   651 Pine Street, 9th Floor
4  Martinez, California 94553
   Telephone: (925) 335-1800
5  Facsimile:  (925) 335-1866
   email: jholm@cc.cccounty.us
6
   Attorneys for Defendants
7  COUNTY OF CONTRA COSTA;
   DEPUTY SHERIFF JUSTIN CHURCH;
8  SHERIFF WARREN RUPF
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JAN MAGNUSSEN,<br><br>     Plaintiff<br><br>v.<br><br>COUNTY OF CONTRA COSTA, et al,<br><br>     Defendants. | No. C 07 4307 EDL<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING MEDIATION DEADLINE |
|---|---|

IT IS HEREBY STIPULATED, BY AND THROUGH COUNSEL FOR ALL PARTIES:

Whereas the above-referenced case was referred to mediation by court order filed November 9, 2007, and

The presumptive 90-day deadline for mediation expires February 6, 2008, and

The mediator was appointed December 12, 2007, and

On November 30, 2007, the court set trial of this matter for November 17, 2008, and

Defendant Justin Church first appeared in the case by answer filed December 4, 2007, and

Counsel for all parties agree that certain discovery still needs to be completed before a meaningful mediation can take place, and

1   Whereas the assigned mediator and counsel for all parties have agreed that mediation
2   with all significant parties present can take place on April 2, 2008, and
3   Whereas further case management conference has already been set for April 29, 2008,
4   at 10:00 a.m.,
5   COUNSEL FOR ALL PARTIES HEREBY AGREE AND REQUEST that the court
6   extend the deadline for completion of mediation from February 6, 2008 until April 4, 2008.
7   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

9   DATED: January 25, 2008                CASPER, MEADOWS, SCHWARTZ & COOK

11                                         By: _____
12                                         ANDREW SCHWARTZ
                                           Attorneys for Plaintiff
                                           JAN MAGNUSSEN

14  DATED: January 25, 2008                SILVANO B. MARCHESI
                                           COUNTY COUNSEL

17                                         By: _____
                                           JANET L. HOLMES
18                                         Deputy County Counsel
                                           Attorneys for Defendants
19                                         COUNTY OF CONTRA COSTA,
                                           DEPUTY JUSTIN CHURCH and
20                                         SHERIFF WARREN RUPF

21                                         ORDER
22  Pursuant to the foregoing Stipulation of the parties, and good cause appearing therefore,
23  IT IS HEREBY ORDERED THAT THE DEADLINE FOR COMPLETION OF MEDIATION
24  IS EXTENDED TO APRIL 4, 2008.

26  DATED: January 28, 2008                _____
                                           ELIZABETH D. LAPORTE
27                                         UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED — Elizabeth D. Laporte, Judge Elizabeth D. Laporte — United States District Court, Northern District of California*