LAW OFFICES OF

# CASPER, MEADOWS, SCHWARTZ & COOK

A PROFESSIONAL CORPORATION
CALIFORNIA PLAZA
2121 NORTH CALIFORNIA BOULEVARD
SUITE 1020
WALNUT CREEK, CALIFORNIA 94596-7333

ANDREW C. SCHWARTZ
Certified Civil Trial Specialist/
National Board of Trial Advocacy

STAN CASPER
Certified Civil Trial Specialist/
National Board of Trial Advocacy

MICHAEL D. MEADOWS
LARRY E. COOK

THOM SEATON
NICK CASPER

TEL: (925) 947-1147
FAX: (925) 947-1131

EMAIL:
SCHWARTZ@CMSLAW.COM

April 23, 2008

*Via E-File*

Magistrate Judge Elizabeth D. Laporte
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94109

      RE: *Jan Magnussen vs. County of Contra Costa, et al.*
            United States District Court Action No. C07-4307 EDL

Dear Judge Laporte:

    Please be advised that the above-entitled matter has settled. The matter will be properly dismissed subject to Plaintiff executing a Release and Settlement Agreement. There is currently a Case Management Conference on calendar for April 29, 2008 which can be vacated.

    Thank you for your attention in this regard.

                      Very truly yours,

                      /s/ - "Andrew C. Schwartz"

                      ANDREW C. SCHWARTZ

ACS/mae