**United States District Court**
For the Northern District of California

1
2
3
4
5                          UNITED STATES DISTRICT COURT
6                         NORTHERN DISTRICT OF CALIFORNIA
7
8    **JAN MAGNUSSEN**
9            Plaintiff,                    No. C-**07-04307** EDL
10        v.                               **ORDER OF CONDITIONAL DISMISSAL**
11   **CONTRA COSTA COUNTY**
12           Defendants.
                                        /
13
14
15        On April 23, 2008, Plaintiff advised the Court that this matter has settled.  Accordingly, IT IS
16   HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate within 90
17   days for the purpose of proceeding with the litigation in the event a settlement has not been completed
18   prior to that date.  In the event a request to reinstate the case is not filed and served on opposing counsel
19   on or before the foregoing date, the dismissal will be with prejudice.
20   IT IS SO ORDERED.
21   Dated: April 24, 2008
22                                         *Elizabeth D. Laporte*
                                         ELIZABETH D. LAPORTE
                                         United States Magistrate Judge
23
24
25
26
27
28