# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Magnussen,<br><br>    Plaintiff(s),<br><br>v.<br><br>County of Contra Costa,<br><br>    Defendant(s). | No. C 07-04307 EDL MED<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) March 27, 2008

2. Did the case settle?   ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☐ no

4. IS THIS ADR PROCESS COMPLETED?   ☒ YES   ☐ NO

Dated: March 27, 2008

Mediator, Todd A. Boley
Erickson, Beasley & Hewitt, LLP
483 Ninth St
Ste 200
Oakland, CA 94607

**Certification of ADR Session**
07-04307 EDL MED